**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MATT FAIR, et al.                                                                                    PLAINTIFFS

v.                                    No. 2:05-CV-00210  GH

LINCOLN ELECTRIC COMPANY, et al.                                              DEFENDANTS

**ORDER GRANTING SPECIAL APPEARANCE OF COUNSEL**

The August 25th Motion (Docket Entry 40) for Special Appearance of Michael Noonan and Deirdre McGlinchey as co-counsel for Caterpillar, Inc., is hereby GRANTED.

Dated: September 19, 2005.

_____
Honorable George Howard, Jr.
UNITED STATES DISTRICT COURT JUDGE