**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MATT FAIR, et al.                                                                                           PLAINTIFFS

v.                                    No.  2:05-CV-00210  GH

LINCOLN ELECTRIC COMPANY, et al.                                                      DEFENDANTS

**ORDER GRANTING MOTION TO STAY**

The Motion to Stay (Docket Entry 38) filed by The Lincoln Electric Company, Lincoln Electric Holdings, Inc., Airgas Mid-South, Inc., A. O. Smith Corporation, The BOC Group f/k/a Airco, Inc., The ESAB Group, Inc., Eutectic Corporation, Hobart Brothers Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corp. f/k/a Union Carbide Chemicals and Plastics Co., and Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, is GRANTED.

It is hereby ORDERED that all proceedings in this cause are stayed pending a determination by the Judicial Panel on Multidistrict Litigation whether to transfer this action to MDL No. 1535, *In re Welding Rod Products Liability Litigation*.

Dated: September 19, 2005.

_____
Honorable George Howard, Jr.
UNITED STATES DISTRICT COURT JUDGE