**A CERTIFIED TRUE COPY**

OCT 13 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2005

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1535

2:05CV210 GH

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-31)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 258 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 13 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

**ARKANSAS EASTERN**
ARE  2  05-210             Matt Fair, et al. v. Lincoln Electric Co., et al.
ARE  3  05-199             Anthony P. Chaney, et al. v. Lincoln Electric Co., et al.
ARE  4  05-1136            Robert Cortese, Sr. v. Lincoln Electric Co., et al.
ARE  4  05-1138            Burl Cook v. Lincoln Electric Co., et al.
ARE  5  05-242             Howard Dilworth, et al. v. Lincoln Electric Co., et al.
ARE  5  05-243             Eddie L. Williams, et al. v. Lincoln Electric Co., et al.

**ARKANSAS WESTERN**
ARW  1  05-1069            Johnny Hudson, et al. v. Lincoln Electric Co., et al.
ARW  1  05-1071            Eric Mackey, et al. v. Lincoln Electric Co., et al.

**CALIFORNIA EASTERN**
CAE  1  05-1038            James Bradberry v. BOC Group, Inc., et al.

**ILLINOIS SOUTHERN**
ILS  3  05-600             Paul E. Dunn, et al. v. American Welding Society, et al.

**KENTUCKY WESTERN**
KYW  4  05-118             Christopher Boling v. Lincoln Electric Co., et al.

**MICHIGAN WESTERN**
MIW  1  05-542             Calvin Brown v. A.O. Smith Corp., et al.
MIW  1  05-543             Matthew Caterino v. A.O. Smith Corp., et al.
MIW  1  05-544             Christopher Swierczynski v. A.O. Smith Corp., et al.